379 A.2d 587

Commonwealth v. Foster, Appellant.

Submitted September 13, 1976. Morris H. Wolff, and Stassen, Kostos and Mason, for appellant; James A. Shellenberger, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.